DANIEL G. BOGDEN
United States Attorney
District of Nevada
ROGER W. WENTHE
Assistant United States Attorney
Nevada Bar No. 8920
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Ph: 702-388-6336
Fax: 701-388-6787
Email: roger.wenthe@usdoj.gov
Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:14-cv-1158-APG-VCF |
| ) | **ORDER RE:** |
| Plaintiff, ) | MOTION TO ADMIT GOVERNMENT |
| ) | ATTORNEY TO PRACTICE IN THE |
| v. ) | DISTRICT OF NEVADA FOR |
| ) | DURATION OF ATTORNEY'S |
| WILLIAM L. GIFFORD, ) | GOVERNMENT EMPLOYMENT |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court admit Government attorney Landon Yost to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of his employment by the United States. Rule IA 10-3 provides:

> Unless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this district or one of the assistants, be permitted to practice before this court during the period of such employment.

1

Mr. Yost is an attorney with the United States Department of Justice, Tax Division, an agency of the federal government. Mr. Yost is a member in good standing of the California state bar (no. 267847).

The following contact information is provided to the Court:

LANDON YOST
Trial Attorney, Tax Division
U.S. Department of Justice
555 4th St. NW
Washington, D.C. 20001
Tel:   (202) 307-2144
Fax:   (202) 307-0054
Email: landon.m.yost@usdoj.gov

Accordingly, the United States respectfully requests that the Court admit attorney Landon Yost to practice in the District of Nevada for the duration of employment by the United States.

Respectfully submitted this 15th day of July, 2014,

DANIEL BOGDEN
United States Attorney


___/s/  Roger Wenthe_____
ROGER W. WENTHE
Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated:  July  16 , 2014.

_____
UNITED STATES DISTRICT JUDGE

2