CAROLINE D. CIRAOLO
Acting Assistant Attorney General

LANDON YOST
Trial Attorney, Tax Division, U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044
Tel:  (202) 307-2144
Fax: (202) 307-0054
Landon.M.Yost@usdoj.gov
Western.Taxcivil@usdoj.gov

*Of Counsel*:
DANIEL G. BOGDEN
United States Attorney
District of Nevada
*Attorneys for the United States*

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WILLIAM L. GIFFORD, ) <br> ) <br> Defendant. ) <br> ) | Case No. 2:14-cv-1158-APG-VCF <br><br> JUDGMENT |

Before the Court is the United States' Motion for Default Judgment.  Based on the motion, and for good cause shown, it is hereby:

ORDERED AND ADJUDGED that judgment is entered in favor of the United States and against William L. Gifford in the amount of $670,259.77 for the unpaid balance of Form 1040 federal income taxes for the tax years 2001-2002 and 2004-2006, as of March 6, 2015, plus

further accrued penalties and interest accruing after March 6, 2015, pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c), until judgment is paid in full.

IT IS SO ORDERED:

DATED: August 21, 2015

_____
ANDREW P. GORDON
United States District Court Judge